## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
| )  | |
| Plaintiff,     ) | |
| v.                                               )  | Civil Action No.: |
| ) | |
| GREYHOUND LINES, INC.,             ) | |
| ) | |
| Defendant.   ) | |
| ) | |
| ) | |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

The United States of America ("United States") and Greyhound Lines, Inc. ("Greyhound") hereby jointly move this Court to approve and enter the concurrently-filed Consent Decree resolving the allegations in the Complaint filed simultaneously today in this matter against Greyhound under the Americans with Disabilities Act of 1990, as amended ("ADA"). The Complaint seeks to enforce the provisions of Title III of the ADA, 42 U.S.C. §§ 12181-89, as amended, and its implementing regulations, 28 C.F.R. Part 36 and 49 C.F.R. Parts 37 and 38.

The parties entered into the Consent Decree, resolving all allegations of the United States' Complaint. Greyhound reserves the right to file an Answer in this litigation, but any such Answer does not affect this Joint Motion or the Consent Decree. The United States and Greyhound respectfully request that the Court grant this motion and enter the signed Consent Decree.

Respectfully submitted this 8th day of February, 2016.

**FOR THE UNITED STATES OF AMERICA:**

LORETTA E. LYNCH
Attorney General of the United States

CHARLES M. OBERLY, III
United States Attorney

By: /s/ Jennifer L. Hall

Jennifer L. Hall (#5122)
Assistant United States Attorney
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, Delaware 19801
jennifer.hall@usdoj.gov
(302) 573-6277

VANITA GUPTA
Principal Deputy Assistant Attorney General

EVE L. HILL
Deputy Assistant Attorney General
Civil Rights Division

REBECCA B. BOND
Chief
KEVIN J. KIJEWSKI
Deputy Chief
Disability Rights Section
Civil Rights Division

/s/ Anne E. Langford
ANNE E. LANGFORD
NABINA SINHA
Trial Attorneys
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W. – NYA
Washington, DC 20530
202-616-2730 (telephone)
anne.langford@usdoj.gov
nabina.sinha@usdoj.gov

Dated: February 8, 2016

2

3

**FOR GREYHOUND LINES, INC:**

OF COUNSEL:

Thomas J. Flaherty
Katherine A. Fearn
Littler Mendelson P.C.
1650 Tysons Boulevard
Suite 700
Tysons Corner, VA 22102
tflaherty@littler.com
kfearn@littler.com

Peter J. Petesch
Littler Mendelson P.C.
815 Connecticut Avenue, NW
Suite 400
Washington, DC 20006
ppetesch@littler.com

/s/ Beth Moskow-Schnoll

Beth Moskow-Schnoll (#2900)
Ballard Spahr LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
302.252.4447 (office)
302.252.4466 (fax)
moskowb@ballardspahr.com

Dated: February 4, 2016